UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN ROBERTSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INSURANCE AUTO AUCTIONS, INC., et al.,<br><br>    Defendants. | C17-1233 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 8, is GRANTED, and the deadline for defendants to file a responsive pleading or motion is EXTENDED to September 11, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1