UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN ROBERTSON, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>INSURANCE AUTO AUCTIONS, INC., et al.,<br><br>  Defendants. | C17-1233 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of plaintiffs' timely filing of an Amended Complaint, docket no. 13, *see* Fed. R. Civ. P. 15(a)(1)(B), defendants' Rule 12(b) motion to dismiss, docket no. 12, is STRICKEN without prejudice as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of October, 2017.

                                               William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1