UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN ROBERTSON, et al.,

    Plaintiff,

v.

INSURANCE AUTO AUCTIONS, INC, an Illinois Corporation,

    Defendant.

C17-1233 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulation and Joint Motion to Revise Case Schedule, docket no. 27, is GRANTED. Accordingly, the Court resets the following deadlines:

| JURY TRIAL DATE | **April 22, 2019** |
|---|---|
| Deadline to complete private mediation or ADR | May 24, 2018 |
| Deadline for joining additional parties | June 29, 2018 |
| Deadline to initially disclose expert witnesses pursuant to FRCP 26(a)(2) (rebuttal disclosures due 30 days thereafter per FRCP 26(a)(2)(D)(ii)) | August 3, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | October 31, 2018 |

MINUTE ORDER - 1

| Discovery completed by | November 30, 2018 |
| --- | --- |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 10, 2019 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | March 21, 2019 |
| Agreed pretrial order due | April 5, 2019 |
| Trial briefs, proposed voir dire and proposed jury instructions due | April 5, 2019 |
| Pretrial conference scheduled for | April 12, 2019 at 2:00 p.m. |

(2) All other terms and conditions imposed in the Court's Minute Order Setting Trial Date and Related Dates, docket no. 18, remain unchanged.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2