Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN ROBERTSON, a Washington resident; PUGET SOUND PROPERTIES COMMERCIAL REAL ESTATE SERVICES, LLC, a Washington limited liability company; CHRISTOPHER CORR, a Washington resident; KIDDER MATHEWS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE AUTO AUCTIONS, INC., an Illinois corporation,<br><br>Defendant. | No. 2:17-CV-01233-TSZ<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## **ORDER**

Having reviewed and considered the parties' Stipulation Re Order for Withdrawal and Substitution of Counsel, the Court ORDERS that Robert L. Christie and Christie Law Group PLLC may withdraw as counsel for defendant Insurance Auto Auctions, Inc. ("IAA"), and Gregory J. Hollon and McNaul Ebel Nawrot & Helgren PLLC may substitute as counsel for IAA. Blaine C. Kimrey and Jonathon P. Reinisch of Vedder Price P.C. shall continue as co-counsel for IAA. The Court's ECF system shall be updated to reflect these changes.
ORDER FOR WITHDRAWAL AND SUB. OF COUNSEL (Cause No. 2:17-CV-01233-TSZ) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

IT IS SO ORDERED.

DATED this 11th day of April, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By: s/ Mick Fleming
By: s/ Bryan C. Graff
    Mick Fleming, WSBA No. 6143
    Bryan C. Graff, WSBA No. 38553
    1201 Third Ave, Ste 3400, Seattle WA 98101-3034
    Phone: 206-223-7000
    fleming@ryanlaw.com
    graff@ryanlaw.com
    *Attorneys for Plaintiffs*

VEDDER PRICE P.C.

By: s/ Blaine C. Kimrey
By: s/ Jonathon P. Reinisch
    Blaine C. Kimrey, *Pro Hac Vice*
    Jonathon P. Reinisch, *Pro Hac Vice*
    222 North LaSalle St, Chicago, IL 60601
    Phone: 312-609-7500
    bkimrey@vedderprice.com
    jreinisch@vedderprice.com
    *Attorneys for IAAI*

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
    Gregory J. Hollon, WSBA No. 26311
    600 University St, Ste 2700, Seattle, WA 98101
    Phone: (206) 467-1816
    Email: ghollon@mcnaul.com
    *Substituted Attorneys for IAA*

CHRISTIE LAW GROUP PLLC

By: s/ Robert L. Christie
    Robert L. Christie, WSBA No. 10895
    2100 Westlake Ave N, Ste. 206, Seattle, WA 98109
    Phone: 206-957-9669
    Email: bob@christielawgroup.com
    *Withdrawing Attorneys for IAA*

ORDER FOR WITHDRAWAL AND SUB. OF COUNSEL (Cause No. 2:17-CV-01233-TSZ) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816